THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEN YOUNG, JR., Respondent, *v.* DANIEL W. SHULTS, as County Treasurer of Steuben County, et al., Appellants.

*People ex rel. Young* v. *Shults*, 167 App. Div. 33, affirmed. (Argued April 10, 1916; decided April 25, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 15, 1915, which reversed an order of the Steuben County Court dismissing a writ of certiorari and sustaining the action of the Steuben county treasurer in refusing to transfer a liquor tax certificate.

*Louis M. King* and *A. M. Sperry* for appellants.

*Cyrus W. Phillips, Eugene J. Dwyer* and *Frank J. Saxton* for respondent.

Order affirmed, with costs, on opinion of MERRELL, J., below.
· Concur: WILLARD BARTLETT, Ch J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.